No. 413, Misc. SYKES *v.* SWENSON, WARDEN. Court of Appeals of Maryland. Certiorari denied.

No. 415, Misc. ENOCHS *v.* TEETS, WARDEN. Supreme Court of California. Certiorari denied.

No. 416, Misc. WAGNER *v.* RAGEN, WARDEN. Circuit Court of Madison County, Illinois. Certiorari denied.

No. 418, Misc. WEBB *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 419, Misc. RAWLINGS *v.* MARION COUNTY CRIMINAL COURT ET AL. Marion County Criminal Court of Indiana. Certiorari denied.

No. 325, Misc. GADSDEN *v.* UNITED STATES, 344 U. S. 935. Second petition for rehearing denied.

No. 345, Misc. RUSHKOWSKI *v.* BURKE, WARDEN, ET AL., *ante,* p. 919. Petition for rehearing denied for the reason that the application was not received within the time provided by Rule 33.